JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE JAMES ATKINS,<br><br>Petitioner,<br><br>vs.<br><br>PEOPLE: SUPERIOR COURT, et al.,<br><br>Respondents. | Case No. CV13-0382-DSF (DTB)<br><br>**J U D G M E N T** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 4/15/13  _____

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE